IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN
AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

COPY

KATHLEEN TURNER,

    Plaintiff,

vs.

2:07-cv-837-FtM-29DNF

CASE NO. 07-CA-015553
Judge: Steinbeck, Margaret O

HOME DEPOT U.S.A., INC., a
foreign corporation,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, KATHLEEN TURNER, and sues the Defendant, HOME DEPOT U.S.A., INC., a foreign corporation and alleges:

1. This is an action for damages that exceed $15,000.00 exclusive of interest and costs.

2. Upon information and belief, at all times herein mentioned, Defendant, HOME DEPOT U.S.A., INC. is a foreign corporation duly organized and existing under and by virtue of the laws of the State of Georgia and authorized to do business in the City of Ft. Myers, County of Lee, State of Florida.

3. On or about April 29, 2006, Defendant, HOME DEPOT U.S.A., INC., a foreign corporation, owned, operated, managed and controlled a building located on U.S. 41 in South Fort Myers, Lee County, State of Florida, that was used for the sale of home supplies, home repair goods, garden supplies. etc.

FILED 2007 DEC 27 PM 12:07 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT MYERS DIVISION

4. At all times material to this cause of action, Plaintiff, KATHLEEN TURNER, was upon the premises of the store owned, operated and managed by Defendant, HOME DEPOT U.S.A., a foreign corporation, located on U.S. 41 in South Fort Myers, Lee County, State of Florida, as a business invitee.

5. On or about April 29, 2006, Plaintiff, KATHLEEN TURNER, was carrying a flower pot that she had selected in the garden department of the aforementioned HOME DEPOT U.S.A., INC., store when suddenly and without warning, her foot became entangled with an empty cart in a walking aisle of the garden department of the aforementioned store, causing her to fall forward onto the floor resulting in injuries as hereinafter described.

6. As a business owner, Defendant, HOME DEPOT, U.S.A., INC., had a duty to Plaintiff, KATHLEEN TURNER, as a business invitee, to maintain its premises in a reasonably safe condition, to correct a dangerous condition of which it knew or should have known by the use of reasonable care and to warn Plaintiff, KATHLEEN TURNER, of the existence of the empty cart in a walking aisle.

7. The Defendant, HOME DEPOT, U.S.A, INC., a foreign corporation, through its agents, servants and employees, breached this duty and was otherwise negligent as follows:

    a.    In failing to provide a safe place for its customers to include Plaintiff, KATHLEEN TURNER, to shop.

    b.    In not having a safety policy regarding the placement of carts in a walking aisle.

    c.    In not abiding by a safety policy regarding the placement of carts in a walking aisle.

    d.    In allowing a cart to be placed and remain in a walking aisle.

    e.    In failing to warn its customers to include Plaintiff, KATHLEEN TURNER, of the existence of a cart in a walking aisle.

8.    As a result of the this incident, Plaintiff, KATHLEEN TURNER, suffered severe bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff, KATHLEEN TURNER, will suffer such losses in the future.

WHEREFORE, Plaintiff, KATHLEEN TURNER, sues the Defendant, HOME DEPOT, U.S.A, INC., a foreign corporation, for compensatory damages in an amount in

excess of $15,000, exclusive of interest and costs and further demands a trial by jury of all issues triable as of right by jury.

                                    GOLDSTEIN, BUCKLEY, CECHMAN,
                                    RICE & PURTZ, P.A.
                                    Attorneys for Plaintiff
                                    P.O. Box 2366
                                    Fort Myers, Florida 33902
                                    (239) 334-1146

                                    By: _____
                                        JOHN B. CECHMAN
                                        Florida Bar No. 141459

4